## CONNELLY v. CARLIN *et al.*

1. ANSWER IN CHANCERY. A sworn answer in chancery is not evidence when it is not demanded in the petition. Following *Sheppard* v. *Ford*, 10 Iowa, 502.

*Appeal from Dubuque District Court.*

FRIDAY, JUNE 13.

BILL to set aside a sale made for the purpose of hindering, delaying and defrauding creditors. Decree for the plaintiff, and defendants appeals.

*Clark and Beach* and *Austin Adams* for the appellant.

*Wilson, Utley & Doud* for the appellees.

BALDWIN, C. J. — The only question in this case is, whether a certain conveyance, made by one Kearns to the respondent Carlin, was fraudulent. The complainant alleges that it was, and prays that the same may be set aside. The respondents answer under oath, and deny the allegation of fraud. It is claimed by appellant that the answer thus sworn to cannot be overcome by the testimony of one witness. Under the ruling of this court, in the case of *Shepherd* v. *Ford*, 10 Iowa, 502, a sworn answer to a bill in chancery is not evidence, unless called for by the complainant.

The answer of respondents in the case, not being called for by the complainant, is not evidence, but only puts in issue the averments of the bill.

The testimony introduced by the complainant clearly establishes a fraudulent intent upon the part of the grantor, Kearns, in making the deed, and that Carlin knew it was not made in good faith when he purchased.

Affirmed.